## Chase National Bank, Appellant, *v.* Krouse.

Argued October 8, 1934.   Before Frazer, C. J., Simpson, Kephart, Schaffer, Maxey, Drew and Linn, JJ.

*Carl E. Glock,* with him *Thomas W. Pomeroy, Jr.,* and *Reed, Smith, Shaw & McClay,* for appellant.

*Howard D. Montgomery,* for appellee.

PER CURIAM, November 26, 1934:

This is not such a clear case as to warrant a judgment for want of a sufficient affidavit of defense. The lower court refused judgment, from which order plaintiff appealed. The dismissal of the rule is affirmed on the opinion of Judge EGAN.